1
2
3
4      **IN THE UNITED STATES DISTRICT COURT**
5      **FOR THE DISTRICT OF ARIZONA**
6

7    **Roy Warden,**                                  )
                                                        )   **CV-13-283-TUC-DCB**
8    **Plaintiff,**                                    )
                                                        )   **ORDER**
9    **vs.**                                           )
                                                        )
10   **Bob Walkup,  et al.,**                          )
                                                        )
11        **Defendants.**                              )
                                                        )

12          Magistrate Judge Velasco issued his Report and Recommendation on August 8, 2013,

13   recommending that the District Court grant Plaintiff's motion to proceed in forma pauperis

14   and dismiss Defendants Walkup, Kozachik, Miranda, Rankin, Riojas, Villasenor, Couch and

15   the City of Tucson from the action.   A copy was sent to all parties on August 8, 2013,

16   notifying all parties that written objections must be filed within fourteen days of service.  28

17   U.S.C. §636(b).  No objections to the Magistrate Judge's Report and Recommendation have

18   been filed. Fed.R.Civ.P. 72.  Plaintiff filed a First Amended Complaint which is substantially

19   similar to the original Complaint and contains the same legal infirmities as described by the

20   Report and Recommendation.   Consequently, any objections that have not been raised are

21   waived and will not be addressed by the Court.

22          The Court, having made an independent review of the record, orders as follows:

23          IT IS ORDERED that Magistrate Judge Velasco's  Report and Recommendation

24   (Doc. 6)  is  ACCEPTED  and  ADOPTED  by this Court as the findings of fact and

25   conclusions of law.

26          IT IS FURTHER ORDERED that Plaintiff's Motion to Proceed In Forma Pauperis

27   is GRANTED.

28

1    IT IS FURTHER ORDERED that Plaintiff is granted leave to effect service of the

2  original Complaint and the First Amended Complaint with a copy of the Report and

3  Recommendation and this Order on the remaining Defendant Robinson.  Plaintiff must

4  comply with the Federal Rules of Civil Procedure Rule 4(m) with reference to service of the

5  Summons and Complaint.

6    DATED this 22nd day of August, 2013.

7

8

9                                                David C. Bury
                                                 United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28