WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roy Warden,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Bob Walkup, individually and in his official capacity as Tucson City Mayor; *et al*.<br><br>　　　　　　Defendants. | CV-13-0283-TUC-DCB (BPV) Lead Case<br>CV-13-1067-TUC-DCB (BPV)<br><br>**ORDER** |

　　　　Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and LRCiv 42.1, and Plaintiff having no objection (*see* Doc. 56),

　　　　IT IS ORDERED that:

　　　　(1)　Defendants' Motion to Consolidate (Doc. 50) is GRANTED and CV-13-283-TUC-DCB (BPV) shall be CONSOLIDATED with CV-13-1067-TUC-DCB (BPV);

　　　　(2)　Plaintiff shall have until **May 1, 2017** to file and serve a Second Amended Complaint encompassing case numbers CV-13-283 and CV-13-1067 and the allegations thereto into a single unified complaint. Plaintiff is advised that the Second Amended Complaint will supersede the preceding pleadings filed in CV-13-283 and CV 13-1067. *See Hal Roach Studios, Inc. v. Richard Feiner & Co.,* 896 F.2d 1542, 1546 (9th Cir. 1989) (party named in original complaint who was not named in amended complaint is no longer subject to that action)*; see also In re Ford Motor Co./Citibank (S. Dakota), N.A.*, 264 F.3d

952, 965 (9th Cir. 2001) ("in a consolidated action, a consolidated complaint is the operative pleading and supersedes all previously filed complaints."). *Cf. Lacy v. Maricopa County,* 693 F.3d 896, 925-928 (9th Cir. 2012) (claims previously dismissed with prejudice and without leave to amend, including those dismissed on summary judgment, are not required to be repled in a subsequent amended complaint to preserve them for appeal.). Any parties or claims included in the preceding pleadings that are not included in the Second Amended Complaint shall be deemed voluntarily dismissed and/or waived. Additionally, the Second Amended Complaint must not incorporate by reference any part of the preceding pleadings, including exhibits;

(3) Defendants shall file an Answer no later than twenty-one (21) days after service of the Second Amended Complaint; and

(4) All future pleadings and other documents shall be filed under cause number CV-13-283-TUC-DCB (BPV).

Dated this 29th day of March, 2017.

_____
Bernardo P. Velasco
United States Magistrate Judge